No. 11–9137.  JOHNSON *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. 11th Cir.  Motion of petitioner to defer consideration of motion for reconsideration of order denying leave to proceed *in forma pauperis* denied.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 809] denied.

No. 11–10975.  GRIFFIN *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 809] denied.

No. 12–315.  AIR WISCONSIN AIRLINES CORP. *v.* HOEPER. Sup. Ct. Colo.;

No. 12–379.  MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS, UNEMPLOYMENT INSURANCE AGENCY, TRA SPECIAL PROGRAMS UNIT *v.* GERSTENSCHLAGER.  52d Dist. Ct. Huron County, Mich.; and

No. 12–515.  MICHIGAN *v.* BAY MILLS INDIAN COMMUNITY. C. A. 6th Cir.  The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 12–6243.  CUTAIA *v.* BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL.  C. A. 11th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 975] denied.

No. 12–6254.  MCCARTHY *v.* SERVITTO ET AL.  C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 996] denied.

No. 12–6679.  WILLIS *v.* COURT OF APPEALS OF TEXAS, SECOND DISTRICT.  Sup. Ct. Tex.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until January 28, 2013, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.  JUSTICE ALITO took no part in the consideration or decision of this motion.